IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


GERRAL SCHRAY STUART                                                    PLAINTIFF


v.                                    Civil No. 4:18-cv-04023


CAPTAIN ADAMS, *et al*.
                                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 23, 2018, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No.

10. Judge Bryant recommends that this matter be dismissed without prejudice for Plaintiff's failure

to comply with an order of the Court and the Court's local rules and failure to prosecute the case.

The parties have not filed objections to the Report and Recommendation and the time to object has

passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and

Recommendation *in toto*. Accordingly, this matter is hereby **DISMISSED WITHOUT**

**PREJUDICE**.

     **IT IS SO ORDERED**, this 20th day of June, 2018.


                                        /s/ Susan O. Hickey
                                        Susan O. Hickey
                                        United States District Judge